IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CHAUNCEY JONES | : | CIVIL ACTION |
|---|---|---|
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES McGRADY, et al. | : | No. 09-5641 |
| Respondents | : | |

**O R D E R**

AND NOW, this 27th day of April, 2010, upon consideration of the Petition for Writ of Habeas Corpus, the response thereto, and Petitioner's reply (Doc. Nos. 1, 12 & 15), it is hereby **ORDERED** that for the reasons set forth above, the Petition is **DISMISSED with prejudice and without a hearing.**

**IT IS FURTHER ORDERED** that no certificate of appealability will be issued pursuant to 28 U.S.C. § 2253 because petitioner has failed to make a substantial showing of denial of a constitutional right.

The Clerk of Court is hereby directed to mark this case closed.

/s Lowell A. Reed, Jr.
LOWELL A. REED, JR., Sr. J.